Dismissed and Memorandum Opinion filed August 20,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00270-CV

____________

 

LADELLE D. DAVENPORT, Appellant

 

V.

 

DODEKA, L.L.C., Appellee

 

 



 

On Appeal from County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 910441

 



 

M E M O R
A N D U M  O P I N I O N

This is an appeal from a judgment signed January 6, 2009. 
The clerk=s record was filed on April 16, 2009.  No reporter=s record was taken.  No brief was
filed.

On July 2, 2009, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before August 3, 2009, the Court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).








Appellant filed no
response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Guzman, and Boyce.